## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

IN RE: Katina Jones             CASE NO.: 4:16-13191
                                                                                CHAPTER 13

### NOTICE OF
### CHANGED DEBTOR ADDRESS

Comes now the Debtor(s) above, by and through the undersigned attorney and provides **NOTICE** to the Court and Trustee of the following corrected address of the following debtor(s):

**201 Boston Street**
**Jacksonville AR 72076**

Debtor(s) request the Court and Trustee update & correct their files to reflect the corrected address to the debtor(s) indicated above.

DATE: 06/06/17

Respectfully submitted,

Niblock & Associates
Attorneys at Law
P.O. Box 1208
Stuttgart, AR 72160
(870)673-8444

BY:/s/G. Gregory Niblock
       G. Gregory Niblock 88047

### CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing has or will be transmitted to the United States Trustee as well as the Standing Trustee via **CM/ECF** and was mailed via U.S. First Class Mail, proper postage affixed thereto, the Debtor(s) on the **DATE** of this Notice.

 /s/ G. Gregory Niblock
G. Gregory Niblock